**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  15-cr-00272-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

21.  JENNIFER REH,

     Defendant.

---

## MINUTE ORDER[1]

---

     The matter is before the court *sua sponte*.  Due to unavoidable and unforeseen circumstances, the change of plea hearing set April 21, 2015, must be vacated.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the change of plea hearing set April 21, 2016, is vacated and continued pending further order;

     2.  That on **April 21, 2016**, at 10:30 a.m. (MDT), the court shall conduct a telephonic (non-appearance) setting conference to reset the change of plea hearing; and

     3.  That counsel for the government shall arrange, initiate, and coordinate the conference call to chambers at **303-335-2350** to facilitate the setting conference.

     Dated:  April 20, 2016

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.